UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 05-0386 (ESH) |
| | : | |
| **DEMETRIS JOHNSON,** | : | |
| Defendant | : | |

*****

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the defendant, Demetrius Johnson in the above-captioned case. I am appearing in this action as appointed counsel under the Criminal Justice Act.

Respectfully submitted,

/s/ Carmen D. Hernandez
_____
Carmen D. Hernandez, Esquire
717 D Street, NW, Suite 310
Washington, DC 20004
(202) 628-0090; (202) 628-2881 (fax)
Counsel for Demetris Johnson

1