IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO.: 05-386(ESH) |
| vs. | * | |
| DEMETRIUS JOHNSON | * | |
| Defendant | * | |

## SUPPLEMENT TO MOTION REGARDING BOND

COMES NOW the Defendant, DEMETRIUS JOHNSON, by and through his attorney, Michael S. Blumenthal, Esquire, and supplements a previously filed motion regarding bond in the above-captioned matter, and in support thereof, states as follows:

1. That on December 19, 2005, Defendant's previous attorney filed a motion seeking Defendant's release.

2. That undersigned, having just entered his appearance, seeks to supplement that filing.

3. That undersigned has informed the government of the intention to file this supplement and has agreed to indicate herein that the government desires the opportunity to file a response, if any, on or before January 5, 2006, subject, of course, to leave of court to do so.

4. That Defendant has a single conviction for an offense that occurred 20 years ago, and for which he successfully completed a period of probation.

5. That Defendant was employed at the time of his arrest as owner of DJ Sport Foundation, a concern he has managed for approximately ten years. Additionally, Defendant purchases and resales vehicles through a concern called Skyline, Inc. Defendant has conducted his businesses in a professional fashion, registering DJ Sport with the Maryland Department of Assessments and Taxation, and filing income tax returns in a complete and timely fashion.

6. That DJ Sport Foundation is in large part focused upon providing mentoring and other assistance to inter-city youth.

Defendant has volunteered both with this foundation as well as with the Department of Recreation in a variety of ways, including coaching two youth basketball teams. Numerous parents and co-workers stand ready to appear at a hearing and attest to Defendant's efforts in this regard.

7. That Defendant comes from a large family that despite significant tragedies have excelled professionally. Defendant's mother, Alteena Joyner, died of an stroke in July of 2002, at the age of 64. Defendant's brother, Dewayne, died of AIDS in 1994, and his brother, Douglass, was killed in a robbery attempt in 1987. In the face of such tragedies Defendant's siblings have prospered. Defendant's sister, Aretha Johnson, has been employed at a local law firm as a legal secretary for approximately 11 years. Defendant's brother, Dexter Johnson, has been employed with the Social Security Administration for in excess of 18 years. Defendant's brother, Darryl Joyner, has been the Assistant Director for the Bald Eagle Recreation Center for 20 years.

7. That Defendant has two children, Demitria, age four, and Demetrius, age fourteen, who by all accounts, Defendant centers his life around.

8. That it would seem that given Defendant's background as well as his substantial ties to the community, Defendant is entitled to be released pending trial in the instant matter.

9. That such other and further reasons exist as will be advanced on a Hearing, if any, on this Motion.

**WHEREFORE**, given the foregoing, Defendant respectfully requests of this Honorable Court:

1. That Defendant's Motion to Reconsider Bond be GRANTED;
2. That the Court provide such other and further relief as

the nature of Defendant's cause may require.

Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
Attorney for Defendant
8201 Corporate Drive
Suite 1120
Landover, MD  20785
(301) 459-4442

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing <u>Supplement to Motion Regarding Bond</u> has been sent first class mail, postage pre-paid to the Office of the United State's Attorney for the District of Columbia, Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. 20001, on this *22nd* day of *December*, 20*05*.

_____
Michael S. Blumenthal, Esq.