IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO.: 05-386(ESH) |
| vs. | * | |
| DEMETRIUS JOHNSON | * | |
| Defendant | * | |

**PRAECIPE**

Kindly enter the appearance of Michael S. Blumenthal, Esquire, as attorney for the Defendant in the above-captioned matter.

Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
8201 Corporate Drive
Suite 1120
Landover, MD  20785
301/459-4442

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Praecipe has been sent via First Class Mail to the Office of the United State's Attorney for the District of Columbia, Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. 20001, on this 22nd day of December, 2005.

_____
Michael S. Blumenthal, Esq.