**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-0386 (ESH) |
| | * | |
| vs. | * | |
| | * | |
| DEMETRIUS JOHNSON | * | |
| | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO TRANSFER DEFENDANT FROM THE DISTRICT OF COLOMBIA JAIL TO THE CORRECTIONAL TREATMENT FACILITY

COMES NOW the Defendant, DEMETRIUS JOHNSON, by and through his attorney, Michael S. Blumenthal, Esquire, and moves to have defendant transferred from the District of Columbia Jail to the Correctional Treatment Facility, and in support thereof, states as follows:

1.  That defendant is presently incarcerated at the District of Columbia Jail.

2.  That defendant has a history of substance abuse and wishes to avail himself of the programs available to such individuals at the Correctional Treatment Facility.

3.  That Assistant United States Attorneys, Jack Geise and Rachel Carlson Lieber, have authorized undersigned to indicate herein that they do not oppose this Motion.

WHEREFORE, given the foregoing, Defendant respectfully requests of this Honorable Court:

1.  That Defendant's Motion to Transfer from the District of Columbia Jail to the Correctional Treatment Facility be Granted;

2.  That the Court provide such other and further relief as

the nature of Defendant's cause may require.

                Respectfully submitted,

                /s/ Michael S. Blumenthal

By_____
  Michael S. Blumenthal, Esq.
  Attorney for Defendant
  8201 Corporate Drive
  Suite 1120
  Landover, MD  20785
  301/459-4442

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing <u>Motion to Transfer from the District of Columbia Jail to the Correctional Treatment Facility</u> has been sent via first class mail, postage pre-paid, to the Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20001, and to all counsel of record, this _____ day of _____, 20_____.

                /s/ Michael S. Blumenthal
                _____
                Michael S. Blumenthal, Esq.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 05-0386 (ESH)** |
| | * | |
| **vs.** | | |
| | * | |
| **DEMETRIUS JOHNSON** | * | |
| **Defendant** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

Upon consideration of Defendant's Motion to Transfer Defendant from the District of Columbia Jail to the Correctional Training Facility, it is this _____ day of _____, 20_____, by the United States District Court for the District of Columbia,

**ORDERED** that Defendant's Motion be and is hereby GRANTED; and, it is further,

**ORDERED** that Defendant is to be transferred from the District of Columbia Jail to the Correctional Training Facility forthwith.

_____
ELLEN SEGAL HUVELLE, JUDGE,
United States District Court
for the District of Columbia