IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-0386 (ESH) |
| vs. | * | FILED |
| | * | APR 2 1 2006 |
| DEMETRIUS JOHNSON | * | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Upon consideration of Defendant's Motion to Transfer Defendant from the District of Columbia Jail to the Correctional Training Facility, it is this 21 day of April, 2006, by the United States District Court for the District of Columbia,

**ORDERED** that Defendant's Motion be and is hereby GRANTED; and, it is further,

**ORDERED** that Defendant is to be transferred from the District of Columbia Jail to the Correctional Training Facility forthwith.

ELLEN SEGAL HUVELLE, JUDGE,
United States District Court
for the District of Columbia

