U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 28, 2006

Eduardo Balarezo, Esq.
400 5th Street, N.W. #300
Washington, D.C. 20001

Jon Norris, Esq.
641 Indiana Avenue, N.W., 2nd floor
Washington, D.C. 20004

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, Suite 303
Washington, D.C. 20036

Rudy Acree, Esq.
1211 Connecticut Avenue, N.W.. Suite 303
Washington, D.C. 20036

Charles Daum, Esq.
736 5th Street, N.E.
Washington, D.C. 20002

        Re:    <u>United States v. Antoine Jones, et. al</u> (05-386)
              Follow-up discovery

Dear Counsel:

    As promised, what follows are additional bits of information to assist you in preparing for the upcoming trial. As usual, please feel free to call Jack or myself if you have any questions about this stuff, or any other matters.

A. <u>Motor Vehicle Administration Records</u>

We will be introducing some MVA records to show vehicle registrations and Driver license information.

B. <u>Phone Subscriber Information</u>

We will be introducing phone records to show in whose names some of the intercepted phones were registered.

C. <u>404(b) Material</u>

I would hope that we could work out reasonable stipulations concerning the evidence under Rule 404(b) that the Court has determined is admissible. If that isn't possible then evidence to prove the prior convictions and the relevant underlying facts will be presented.

D. <u>Co-Conspirators' Photos</u>

It may be stating the obvious, but we will be using photos of absent co-conspirators so that witnesses may identify them.

E. <u>Levels videotape designations</u>

We will likely use only a very limited amount of video footage from the Levels camera, including possibly the following dates and times. Please note that the times are approximate, and the precise footage may come a few minutes before or a few minutes after these times:

9/6/05, 10:00 a.m.
9/9/05, 1:00 p.m.
9/20/05, 6:30 p.m.
9/22/05, 11:30 p.m.
9/29/05, 9:20 p.m.
9/30/05, 9:30 p.m.
10/1/05, 6:40 p.m.
10/14/05, 11:00 a.m.
10/19/05, 2:10 p.m.

                Sincerely,

_____
Rachel Carlson Lieber
John V. Geise
Assistant United States Attorneys