**<u>INSTRUCTION REGARDING 404(b)            EVIDENCE</u>**

[ To be given when 404(b) stipulations are introduced and in a slightly modified form in closing instructions]

The Government is about to introduce a stipulation concerning [ Defendant's name ] prior conviction for [ state offense of conviction ] in a case unrelated to the matter before you today. First, I'd like to explain to you once again what a stipulation is. [Describe stipulations ]

I want to emphasize initially that you may not use this evidence to infer that because of his character the defendant carried out the acts charged in this case. However, you may consider it to the extent you believe that it bears on the question of the defendant's knowledge. You may not consider this evidence for any other purpose. The defendant has not been charged with any offense relating to his prior conviction and you may not consider this evidence to conclude that the defendant has a bad character, or that the defendant has a criminal personality. The law does not allow you to convict a defendant simply because you believe he may have done bad things not specifically charged as crimes in this case. The defendant is on trial for the crimes charged, and you may use the evidence of acts not charged only for the limited purpose of assessing his knowledge.

Based on Redbook instruction 2.51(A); First Circuit Pattern Criminal Jury Instruction 2.05; Ninth Circuit Pattern Criminal Jury Instruction 2.10; <u>United States v. Crowder</u>, 141 F.3d 1202, 1209 n.5 (D.C. Cir. 1998) (En Banc).